UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KENOL MAYANT,

        Petitioner,

v.                            Case No. 3:26-cv-1614-MMH-MCR

WARDEN, NORTH FLORIDA
DETENTION FACILITY, et al.,

        Respondents.
_____

## **<u>ORDER OF TRANSFER</u>**

Petitioner Kenol Mayant, an immigration detainee, completed and signed a pro se Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 on June 15, 2026, which was received by this Court on June 22, 2026. (Doc. 1; Petition). In the Petition, Mayant advises that he is being detained at the North Florida Detention Facility in Sanderson, Florida. <u>Id.</u> at 1.

On July 1, 2026, United States Immigration and Customs Enforcement filed a Motion to Dismiss or Transfer Venue (Doc. 5), advising that on June 15, 2026, Petitioner was housed at the California City Detention Center, in California City, California. <u>See also</u> Doc. 5-1 (showing that on June 14, 2026, Petitioner was transferred from Florida to Texas; and on June 15, 2026, Petitioner was transferred from Texas to California). Because Petitioner appears to have been housed in the Eastern District of California when the

Petition was filed, the Court **GRANTS** the Motion to Dismiss or Transfer Venue (Doc. 5) to the extent that, in the interests of justice pursuant to 28 U.S.C. § 1406(a) and § 1631, the **Clerk** shall immediately forward the file to the Eastern District of California and close this case. See Rumsfeld v. Padilla, 542 U.S. 426, 443 (2004) ("The plain language of the habeas statute thus confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement.").

The **Clerk** is directed to update Mayant's mailing address to California City Immigration Processing Center, 22844 Virginia Boulevard, California City, CA 93505, and mail a copy of this Order to Mayant at that address.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of July, 2026.

MARCIA MORALES HOWARD
United States District Judge

caw/JAX-3 7/2
c:
Kenol Mayant, #71896598
Counsel of Record